# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 13, 2013

Mr. Craig Alvin Daly
615 Griswold, Suite 820
Detroit, MI 48226-0000

Ms. Patricia Gaedeke
Ms. Elizabeth Ann Stafford
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

      Re: Case No. 11-1798, *USA v. Marcus Freeman*
           Originating Case No. : 2:06-cr-20185-2

Dear Counsel,

   The court today announced its decision in the above-styled case.

   Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                             Yours very truly,

                             Deborah S. Hunt, Clerk

                             Cathryn Lovely
                             Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 11-1798

UNITED STATES OF AMERICA
    Plaintiff-Appellee,

v.

MARCUS LAMONT FREEMAN,
    Defendant-Appellant.

> **FILED**
> *Sep 13, 2013*
> DEBORAH S. HUNT, Clerk

Before: COLE and COOK, Circuit Judges; KATZ, District Judge.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that Freeman's conviction is VACATED, and the case is REMANDED to the district court for a new trial.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk