# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 07, 2013

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

          Re: Case No. 11-1798, *USA v. Marcus Freeman*
               Originating Case No. : 2:06-CR-20185-2

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Roy G. Ford
                                      Case Manager
                                        Direct Dial No. 513-564-7016

cc: Mr. Craig Alvin Daly
     Ms. Patricia Gaedeke
     Ms. Elizabeth Ann Stafford

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-1798

_____

Filed: October 07, 2013

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARCUS LAMONT FREEMAN

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 09/13/2013 the mandate for this case hereby issues today.

COSTS: None