UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.　　　　　　　　　　Criminal Case No. 06-20185
　　　　　　　　　　　　　　　　　　　　　　　　HON. VICTORIA A. ROBERTS

-vs-

ROY CHRISTOPHER WEST,

    Defendant/Petitioner,
_____/

## NOTICE OF APPEAL

    Notice is hereby given that ROY CHRISTOPHER WEST appeals to the United States Court of Appeals for the Sixth Circuit in this matter.

    *S/ GABI D. SILVER*
    GABI D. SILVER (P36382)
    Co-counsel for Defendant/Petitioner
    431 Gratiot Avenue
    Detroit, MI 48226
    (313) 963-0210
    gabi@crippsandsilverlaw.com

    *S/ PHILLIP D. COMORSKI*
    PHILLIP D. COMORSKI (P46413)
    Co-counsel for Defendant/Petitioner
    431 Gratiot Avenue
    Detroit, MI 48226
    (313) 963-0210
    comorskiphillip@gmail.com

## CERTIFICATE OF SERVICE

GABI D. SILVER hereby states that, on the 13th day of April, 2018, I caused the foregoing Notice of Appeal to be filed electronically with the United States District Court and that copies of said notice were forwarded to all counsel of record using the ECF system. I further hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

ROY CHRISTOPHER WEST

*S/ GABI D. SILVER*
GABI D. SILVER (P36382)