MIED 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marcus Freeman | ) | Case No: 06-20185-2 |
| | ) | USM No: 40552-039 |
| Date of Original Judgment: 12/19/2016 | ) | |
| Date of Previous Amended Judgment: 1/26/2017 | ) | Craig Daly |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of  ☑ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court   ☐ stipulation of the parties for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the motion is:
☑ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The remainder of the original sentence is unchanged.

Except as otherwise provided, all provisions of the judgment dated ____1/26/2017____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 3, 2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Victoria A. Roberts, U.S. District Judge
*Printed name and title*