UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent

V.                                                Case No.: 06-20185-6

                                                  HON. VICTORIA ROBERTS

MARCUS FREEMAN,
    Defendant/Movant.

_____/

DEFENDANT'S PRO SE MOTION FOR MODIFICATION OF SUPERVISED RELEASE PURSUANT TO 18
U.S.C. SECTION 3583(e) (2)

Comes now the Defendant, Marcus Freeman, (hereinafter Mr. Freeman) Proceeding Pro se and moves this Court to modify/terminate the Defendant's supervised Release pursuant to 18 USC Section 3583(e) (2) and in Support this motion states:

1. A judgment and commitment order went into effect by this court in December 2016 placing Mr. Freeman on three years' supervised release, a sentence to be served after completion of his prison sentence.
2. The period of supervision followed a conviction on one count under 18 U.S.C. Section 924(j).
3. During that supervision there were no violation papers filed against Mr. Freeman who has to this day been serving that term of supervised release for approximately 24 months. He has maintained steady employment after release from prison in addition to successful completion of an asbestos abatement program during that term of imprisonment. Mr. Freeman has acquired his CDL License from All-Star Trucking School in august 2020 and is currently employed at Ambient Air LLC, heating and cooling as an installer.

4. All conditions of supervision have been completed or have been followed strictly by Mr. Freeman.

    Wherefore, Mr. Freeman respectfully request that the Court will grant this motion Entering an order to modify/terminate his supervised release for the above mentioned Reasons.

Date:
6/1/2021

Respectfully Submitted

*Marcus Freeman*

MARCUS FREEMAN
20100 HUNTINGTON AVE.
HARPER WOODS 48225

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished to the Office of the United States Attorney, 211 West Fort St. Suite 2001 Detroit, Michigan 48226.

Date:
6/1/2021

Respectfully Submitted

*Marcus Freeman*

MARCUS FREEMAN

Marcus Freeman
20100 Huntington Ave
Harper Woods 48225

RECEIVED
JUN 10 2021
CLERKS OFFICE
DETROIT

Office of the Court Clerk
231 W. Lafayette
Detroit, MI 48226

Attn:
Judge Victoria Roberts

6/1/21