PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　Crim. No.   06-CR-20185-02

FREEMAN, Marcus Lamont

On <u>May 16, 2019,</u> the above named was placed on supervised release for a period of (3) <u>three</u> years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Marquez F. Harris
United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   11th   day of   July  , 2021  .

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge