United States District Court
Eastern District of Michigan

United States of America,

,                              Case No. 06-cr-20185

v.                             Hon. Victoria A. Roberts

Roy Christopher West, et al.,

       Defendant.

---

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

Add the following AUSA:

Name:       Erin Shaw

Telephone:    (313) 226-9182

Email:        Erin.Shaw@usdoj.gov

                                                *s/Erin S. Shaw*
                                                Erin S. Shaw
                                                Assistant United States Attorney
                                                211 West Fort Street
                                                Detroit, MI 48226
                                                (313) 226-9182
                                                Erin.Shaw@usdoj.gov

Dated: February 11, 2025